GRANTA Y. NAKAYAMA
[PRO HAC VICE FORTHCOMING]
GNAKAYAMA@KSLAW.COM
**KING & SPALDING LLP**
1700 PENNSYLVANIA AVE., N.W. SUITE 200
WASHINGTON, DC 20006
TELEPHONE: 202.626.3733

LOGAN MACCUISH
[PRO HAC VICE FORTHCOMING]
LMACCUISH@KSLAW.COM
**KING & SPALDING LLP**
633 WEST FIFTH STREET, SUITE 1600
LOS ANGELES, CA 90071
TELEPHONE: 213.443.4366

ERIK A. OLSON [8479]
EOLSON@MOHTRIAL.COM
TREVOR C. LANG [14232]
TLANG@MOHTRIAL.COM
**MARSHALL OLSON & HULL, P.C.**
NEWHOUSE BUILDING
TEN EXCHANGE PLACE, SUITE 350
SALT LAKE CITY, UTAH 84111
TELEPHONE: 801.456.7655

ATTORNEYS FOR DEFENDANT

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC., <br><br> Plaintiff, <br> v. <br><br> TAP WORLDWIDE, LLC (d/b/a 4 WHEEL DRIVE HARDWARE, TRANSAMERICAN AUTO PARTS, UNITED WEB SALES, 4 WHEEL PARTS, 4 WHEEL PARTS PERFORMANCE CENTER, and TRANSAMERICAN WHOLESALE), <br><br> Defendant. | **JOINT MOTION AND STIPULATION FOR EXTENSION TO RESPOND TO THE COMPLAINT** <br><br> Judge Jill N. Parrish <br><br> Case No. 2:19-cv-00628-JNP |

Defendant TAP Worldwide, LLC, with stipulation of plaintiff Utah Physicians for a Healthy Environment, Inc., moves for an order extending the time to appear and respond to the complaint. The complaint and summons were served on September 6, 2019, and an answer is

therefore due on September 27, 2019.  Defendant requests that its deadline to respond to the complaint be extended to November 12, 2019.  The basis for this motion is that the complaint asserts claims under a number of federal statutes and regulations and centers on the sale of a large number of different products.  Defendant needs additional time to research those product sales, assess any applicable defenses, and otherwise prepare to respond to the claims and allegations in the complaint.  Defendant anticipates that its research and review will narrow the scope of this action.  There is good cause to extend the deadline and it has not expired.

      A proposed order granting the stipulated extension is attached and will be submitted to chambers in an editable format.

      DATED this 12th day of September, 2019.

      **MARSHALL OLSON & HULL, P.C.**

BY:   /s/ Erik A. Olson
      ERIK A. OLSON
      TREVOR C. LANG

ATTORNEYS FOR DEFENDANT

STIPULATED TO BY:

/s/ Reed Zars (*with permission*)
Reed Zars

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **JOINT MOTION AND STIPULATION FOR EXTENSION TO RESPOND TO THE COMPLAINT** was filed this 12th day of September, 2019, via the Court's electronic system, which served all counsel of record.

/s/ Erik A. Olson

GRANTA Y. NAKAYAMA
[PRO HAC VICE FORTHCOMING]
GNAKAYAMA@KSLAW.COM
**KING & SPALDING LLP**
1700 PENNSYLVANIA AVE., N.W. SUITE 200
WASHINGTON, DC 20006
TELEPHONE: 202.626.3733

LOGAN MACCUISH
[PRO HAC VICE FORTHCOMING]
LMACCUISH@KSLAW.COM
**KING & SPALDING LLP**
633 WEST FIFTH STREET, SUITE 1600
LOS ANGELES, CA 90071
TELEPHONE: 213.443.4366

ATTORNEYS FOR DEFENDANT

ERIK A. OLSON [8479]
EOLSON@MOHTRIAL.COM
TREVOR C. LANG [14232]
TLANG@MOHTRIAL.COM
**MARSHALL OLSON & HULL, P.C.**
NEWHOUSE BUILDING
TEN EXCHANGE PLACE, SUITE 350
SALT LAKE CITY, UTAH 84111
TELEPHONE: 801.456.7655

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC.,<br><br>Plaintiff,<br>v.<br><br>TAP WORLDWIDE, LLC (d/b/a 4 WHEEL DRIVE HARDWARE, TRANSAMERICAN AUTO PARTS, UNITED WEB SALES, 4 WHEEL PARTS, 4 WHEEL PARTS PERFORMANCE CENTER, and TRANSAMERICAN WHOLESALE),<br><br>Defendant. | **[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION TO RESPOND TO THE COMPLAINT**<br><br>Judge Jill N. Parrish<br><br>Case No. 2:19-cv-00628-JNP |

Based on the stipulated motion for extension of time filed by defendant TAP Worldwide, LLC, to respond to plaintiff's complaint, and good cause appearing, it is hereby ordered that the

motion is GRANTED. Defendant shall have until November 12, 2019, to file and serve its response to the complaint.

DATED this \_\_\_\_\_ day of September, 2019.

BY THE COURT:

JILL N. PARRISH
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM

/s/ Reed Zars (*with permission*)
Reed Zars

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION TO RESPOND TO THE COMPLAINT** was filed this 12th day of September, 2019, via the Court's electronic system, which served all counsel of record.

/s/ Erik A. Olson