GRANTA Y. NAKAYAMA
[PRO HAC VICE PENDING]
GNAKAYAMA@KSLAW.COM
**KING & SPALDING, LLP**
1700 PENNSYLVANIA AVE., N.W. SUITE 200
WASHINGTON, DC 20006
TELEPHONE: 202.626.3733

LOGAN MACCUISH
[PRO HAC VICE PENDING]
LMACCUISH@KSLAW.COM
**KING & SPALDING, LLP**
633 WEST FIFTH STREET, SUITE 1600
LOS ANGELES, CA 90071
TELEPHONE: 213.443.4366

ATTORNEYS FOR DEFENDANT

ERIK A. OLSON [8479]
EOLSON@MOHTRIAL.COM
TREVOR C. LANG [14232]
TLANG@MOHTRIAL.COM
**MARSHALL OLSON & HULL, PC**
NEWHOUSE BUILDING
TEN EXCHANGE PLACE, SUITE 350
SALT LAKE CITY, UTAH 84111
TELEPHONE: 801.456.7655

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC., <br><br> Plaintiff, <br> v. <br><br> TAP WORLDWIDE, LLC (d/b/a 4 WHEEL DRIVE HARDWARE, TRANSAMERICAN AUTO PARTS, UNITED WEB SALES, 4 WHEEL PARTS, 4 WHEEL PARTS PERFORMANCE CENTER, and TRANSAMERICAN WHOLESALE), <br><br> Defendant. | **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Judge Jill N. Parrish <br><br> Case No. 2:19-cv-00628-JNP |

NOTICE IS HEREBY GIVEN THAT Trevor C. Lang of the law firm Marshall Olson & Hull, P.C., hereby give notice of his appearance as co-counsel for TAP Worldwide, LLC, and requests that all documents to be served in this matter be served on him via the Court's electronic system or email at the address above.

DATED this 8th day of January, 2020.

MARSHALL OLSON & HULL, PC

BY:   /s/ Trevor C. Lang
ERIK A. OLSON
TREVOR C. LANG

KING & SPALDING, LLP
GRANTA Y. NAKAYAMA
LOGAN MacCUISH

ATTORNEYS FOR DEFENDANT

NOTICE OF APPEARANCE OF COUNSEL

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed this 8th day of January, 2020, via the Court's electronic system, which served all counsel of record.

/s/ Trevor C. Lang