*Attorneys for Plaintiff*

| | |
|---|---|
| Reed Zars<br>Utah Bar No. 16351<br>Attorney at Law<br>910 Kearney Street<br>Laramie, WY 82070<br>(307) 760-6268<br>reed@zarslaw.com | Michelle Amelia Newman<br>Utah Bar No. 18065<br>105 Parkview Terrace<br>Park City, UT 84098<br>(610) 761-7643<br>micanewman@gmail.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc.,<br><br>      Plaintiff,<br><br>v.<br><br>TAP Worldwide, LLC (d/b/a 4 Wheel Drive Hardware, Transamerican Auto Parts, United Web Sales, 4 Wheel Parts, 4 Wheel Parts Performance Center, and Transamerican Wholesale),<br><br>      Defendant. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:19-cv-628-DBB-DBP<br><br>District Judge David B. Barlow<br>Magistrate Judge Dustin B. Pead |

Notice is hereby given of the entry of the undersigned as co-counsel for Plaintiff Utah Physicians for a Healthy Environment in the above-entitled action. Pursuant to Federal Rule of Civil Procedure 5, Ms. Newman requests that all further notice and copies of pleadings, papers, and other material relevant to this action be directed to and served upon her via the Court's electronic system or by email at the address above.

DATED this 30th day of December, 2021.

/s Michelle Amelia Newman
Michelle Amelia Newman, Utah Bar No. 18065
105 Parkview Terrace
Park City, UT 84098
(610) 761-7643
micanewman@gmail.com


Reed Zars, Utah Bar No. 16351
Attorney at Law
910 Kearney Street
Laramie, WY 82070
(307) 760-6268
reed@zarslaw.com

*Attorneys for Plaintiff*