IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC.,<br><br>Plaintiff,<br>v.<br><br>TAP WORLDWIDE, LLC (d/b/a 4 WHEEL DRIVE HARDWARE, TRANSAMERICAN AUTO PARTS, UNITED WEB SALES, 4 WHEEL PARTS, 4 WHEEL PARTS PERFORMANCE CENTER, and TRANSAMERICAN WHOLESALE),<br><br>Defendant. | **JOINT MOTION FOR ENTRY OF CONSENT DECREE**<br><br>Case No. 2:19-cv-00628<br><br>District Judge David Barlow<br>Magistrate Judge Dustin B. Pead |

Plaintiff Utah Physicians for a Healthy Environment and Defendant TAP Worldwide LLC, hereby respectfully move for entry of the Consent Decree in this matter.  Attachment A.

The Consent Decree was lodged with the court on March 10, 2023, and the forty-five (45) day review period provided to the United States Department of Justice and the Environmental Protection Agency by the Clean Air Act, has now ended.  The Government's May 8, 2023 comments on the Consent Decree, Attachment B, raised no concern with its approval by the Court.

The Consent Decree resolves all claims in this case. Because the Decree represents a fair, reasonable, and equitable resolution of this matter, the Parties respectfully move for its entry.  A proposed order is provided.

-1-

-2-

DATED: May 26, 2023

FOR UPHE                                              FOR TAP

 s/ Reed Zars                                         s/ Erik A. Olson
Reed Zars [Utah Bar No.16351]                        Erik A. Olson [Utah Bar No. 8479]

 s/ Michelle Fein
Michelle Fein [Utah Bar No. 18065]

-2-