# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC.,<br><br>Plaintiff,<br>v.<br><br>TAP WORLDWIDE, LLC (d/b/a 4 WHEEL DRIVE HARDWARE, TRANSAMERICAN AUTO PARTS, UNITED WEB SALES, 4 WHEEL PARTS, 4 WHEEL PARTS PERFORMANCE CENTER, and TRANSAMERICAN WHOLESALE),<br><br>Defendant. | **ORDER GRANTING JOINT MOTION TO ENTER CONSENT DECREE**<br><br>Case No. 2:19-cv-00628 |

Based on the parties' Joint Motion to Enter Consent Decree and good cause appearing, it is hereby ordered that the motion is GRANTED as follows:

The Consent Decree is entered by the court.

DATED this _____ day of _____, 2023.

BY THE COURT

_____
David Barlow
United States District Judge